IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE JOANN L.-L., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | No. 23-cv-4558 |
| Defendant. | : | |

**ORDER**

AND NOW, this 26th day of February 2026, upon consideration of Plaintiff's Brief and

Statement of Issues in Support of her Request for Review (Doc. 8), the Commissioner's

Response to Plaintiff's Request for Review (Doc. 9), and Plaintiff's Reply (Doc. 10), it is hereby

**ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying benefits is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE